

**SO ORDERED.**
**SIGNED this 14th day of June, 2013**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Shelley D. Rucker
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:                                                                                        No. 12-10234
                                                                                              Chapter 13
MARK ELWYN REHRER,

    Debtor(s)

## ORDER

The trustee has filed a motion to dismiss the above case. At the hearing, the attorney for the debtor(s) requested time to file a modified plan. Accordingly,

It is ORDERED that debtor(s) shall have ten (10) days from the entry of this order to file a modified plan;

It is FURTHER ORDERED that the trustee's motion is continued, to be heard concurrently with any objection to confirmation of the modified plan;

It is FURTHER ORDERED that if a modified plan is confirmed, the trustee's motion to dismiss shall be denied without further order of the court; and

It is FURTHER ORDERED that if a modified plan is not filed within the time allowed, the case shall be dismissed without further hearing, there being a material default by the debtor(s) with respect to one or more terms of the confirmed plan.

# # #