

**SO ORDERED.**
**SIGNED this 15th day of August, 2013**

_____
John C. Cook
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Mark Elwyn Rehrer** | ) | **No. 12-10234** |
| | ) | **Chapter 13** |
| **Debtor** | ) | |

### ORDER

This case came to be heard upon the motion to dismiss this case filed by the standing chapter 13 trustee on May 15, 2013. For the reasons stated orally by the court on the record, the motion is denied as withdrawn.

# # #